HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700

Attorney for Defendant
PATRICIA GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-206 TLN |
| | ) |
| Plaintiff, | ) |
| | ) DEFENDANT'S NOTICE OF MOTION |
| v. | ) AND MOTION FOR RELEASE ON BAIL |
| | ) PURSUANT TO 18 U.S.C. § 3142 |
| PATRICIA GUIZAR, | ) |
| | ) |
| Defendant. | ) Date:  December 3, 2019 |
| | ) Time:  2:00 p.m. |
| | ) Judge: Hon. Allison Claire |

TO:     UNITED STATES ATTORNEY MCGREGOR SCOTT AND ASSISTANT UNITED
        STATES ATTORNEY VINCENZA RABENN:

**PLEASE TAKE NOTICE THAT** on December 3, 2019, at 2:00 p.m. defendant,

PATRICIA GUIZAR, will move for release from custody.

## I.      INTRODUCTION

Ms. Patricia Guizar moves for release pending resolution of the charges in the above-

captioned case, pursuant to 18 U.S.C. § 3142.  She is charged by Indictment for violations of 21

U.S.C. §§ 846, 841(a)(1) and 21 U.S.C. 853(a).  *See* CR 9.  She made her initial appearance in

the Eastern District of California on the charges in the Complaint on October 31, 2019.  CR 1.

At the initial appearance the government moved for Ms. Guizar's detention under 18 U.S.C. § 3142(f)(1). Defense counsel continued the hearing to November 1st and 4th, 2019 to present a viable release plan but had no stable address where Ms. Guizar could reside. CR 5, 7. Ms. Guizar was ordered detained based on the rebuttable presumption under 18 U.S.C. § 3142(e)(3), that "no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed…(1)an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act…."

Ms. Guizar now seeks her release from custody based on additional information not known to defense counsel at the time of the original hearing. Since her initial appearance, Ms. Guizar's parents have purchased and moved into a new home. They have offered that Ms. Guizar may live with them.

**II.     MS. GUIZAR'S COMMUNITY TIES AND PERSONAL CHARACTERISTICS OVERCOME THE REBUTTABLE PRESUMPTION UNDER SECTION 3142(e)(3)**

a. Legal Standard Under § 3142(e)(3)

Because a rebuttable presumption here exists that "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community," under 18 U.S.C. § 3142(e)(3), Ms. Guizar has the burden to produce evidence that she is neither a flight risk nor a danger to the community. However, this standard shifts only the burden of production, not the ultimate burden of proof. As long as the defendant "come[s] forward with some quantum of evidence contrary to the fact presumed by statute… [he] has met his obligation." *United States v. Hurtado*, 779 F.2d 1467, 1470 (11th Cir. 1985) (citing *United States v. Jessup*, 757 F.2d 378, 381 (1st Cir. 1985) (abrogated on different grounds). "The ultimate burden of persuading the trial judge or the magistrate still rests with the government.

Defendant's Motion for Release
Under the Bail Reform Act                              -2-                              2:19-cr-206 TLN
                                                                                       *US v. Patricia Guizar*

Thus when the government's showing is not clear cut the presumption is that the defendant should not be detained." *Ibid*.

      b.  Facts in Support of Release

Ms. Guizar presents the following facts in support of her motion for release from custody:

*Criminal History/Court Record*

- Ms. Guizar has no prior criminal history, not even an arrest.
- Ms. Guizar has no prior failures to appear.

*Ties to the Community*

- Ms. Guizar has four children in California.
- Ms. Guizar is a life-long resident of California.
- Ms. Guizar's parents live in California.
- Ms. Guizar has maintained steady employment for eight years prior to her arrest.

*Release Plan*

- If released from custody, Ms. Guizar will live with her parents at 5917 Salisbury Court, Atwater, CA 95301.
- Ms. Guizar will be able to make court appearances in this District.

      c.   Release

In order to justify Ms. Guizar's pretrial incarceration, "the government bears the burden of showing by a preponderance of the evidence that the [she] poses a flight risk." *United States v. Gebro*, 948 F.2d 1118, 1121 (9th Cir. 1990), and the burden of showing by clear and convincing evidence that she poses a danger to the community. *See United States v. Chimurenga*, 760 F. 2d 400, 405 (2nd Cir. 1985) (citing *Addington v. Texas*, 441 U.S. 418, 431 (1979) ("The 'clear and convincing evidence' with respect to a defendant's danger to the

community required by § 3142(f)(2)(B) means something more than 'preponderance of the evidence,' and something less than 'beyond a reasonable doubt.'").

If the government carries either burden, the Court considers whether there are conditions "that will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(g).  If release with this plan will not reasonably assure Ms. Guizar's appearance or the safety of the community, the Court may impose the "least restrictive further condition, or combination of conditions," to overcome these risks, per section 3142.  Incarceration is the last resort.

Based on the facts presented above, Ms. Guizar does not pose a flight risk or a danger to the community.  She has strong community ties to California, where she has lived her entire life and where her parents and children reside as well as other family members.  She has no criminal history.

**III.    CONCLUSION**

For the foregoing reasons, Ms. Guizar respectfully requests that this Court order her release on any and all conditions it deems appropriate.

Dated: November 26, 2019                     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorneys for Defendant
PATRICIA GUIZAR

Defendant's Motion for Release
Under the Bail Reform Act

2:19-cr-206 TLN
*US v. Patricia Guizar*